**Rodney Quinton DAVIS, Petitioner–Appellant,**

v.

**H.R. POWELL, Warden, Respondent–Appellee.**

**No. 00–7301.**

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 18, 2001.

Decided Jan. 25, 2001.

Rodney Quinton Davis, pro se. Michael Thomas Judge, Office of the Attorney General of Virginia, Richmond, VA, for appellee.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Rodney Quinton Davis seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Davis v. Powell*, No. CA–99–1681 (E.D.Va. filed Aug. 17, 2000; entered Aug. 21, 2000). We further deny Davis' motions for discovery and evidentiary hearing, and for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*